No. State 56. MILLS, Plaintiff in error, v. STATE, Defendant in error.*

(Also reported in 218 N. W. 2d 375.)

The cause was submitted for the plaintiff in error on the brief of *Anthony K. Karpowitz* and *Laurence E. Norton II*, Legal Aid Society of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren*, attorney general, and *Christine M. Wiseman*, assistant attorney general.

Judgment and order affirmed.

---

* Motion for rehearing denied, without costs, on August 13, 1974.